**Order entered September 9, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01099-CV

**THERESA BARNETT, Appellant**

**V.**

**DAVID S. CROCKETT, ET AL., Appellees**

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-00136-F**

## ORDER

The Court has before it appellees' August 28, 2013 motion to dismiss and for damages, appellant's August 29, 2013 "Emergency motion to join in Cause No. 05-13-00775-CV, absorb cost of records and temporarily reassign judge currently presiding over trial court suit or stay trial court proceedings pending Supreme Court of Texas writ decisions and stay the July 29, 2013 sanctions order," and appellees' September 5, 2013 response to that emergency motion and supplement to appellees' motion for damages. The Court denies appellant's August 29, 2013 emergency motion and appellees' motion for damages. The Court requests that appellant file any additional response to the motion to dismiss within ten days of the date of this order.

/s/    ELIZABETH LANG-MIERS
JUSTICE